**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6514**

---

EUGENE STEPHENS,

Plaintiff - Appellant,

versus

DEPUTY HUFFMAN; ROANOKE CITY JAIL,

Defendants - Appellees.

---

**No. 96-6515**

---

EUGENE STEPHENS,

Plaintiff - Appellant,

versus

KAREN MILLER, Dr.; MEDICAL DEPARTMENT, Roanoke
City Jail; A. HUDSON, Sheriff,

Defendants - Appellees.

---

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Chief District Judge.  (CA-96-288-R, CA-96-287-R)

---

Submitted:  August 15, 1996          Decided:  August 21, 1996

---

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Eugene Stephens, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Stephens v. Huffman, No. CA-96-288-R; Stephens v. Miller, CA-96-287-R (W.D. Va. Mar. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2